IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHERROD BIGGERS, | * |
| Plaintiff, | * |
| v. | *   Case No. 21-CV-3061 DLB |
| | * |
| BALTIMORE CITY POLICE DEPARTMENT, et al., | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sherrod Biggers hereby dismiss with prejudice the Complaint in the above-captioned matter as to all Defendants.

This dismissal with prejudice is made pursuant to Fed. R. Civ. P. 41(a).

Dated: December 13, 2022.

Respectfully submitted,

*/s/ Tomeka G. Church, Esq.*
Tomeka G. Church, Bar No. 25311
The Law Office of Tomeka G. Church, LLC
711 St. Paul Street
Baltimore, MD 21202
PH: 410-307-8223
E: Tchurch@churchlawfirm.com

*Counsel for Plaintiff, Sherrod Biggers*

*/s/ Kara K. Lynch, Esquire*
Kara K. Lynch, Bar No. 29351
Police Legal Affairs Practice Group
Baltimore City Department of Law
PH: (410) 396-2496
100 N. Holliday Street
Baltimore, Maryland 21202
Kara.Lynch@Baltimorepolice.org


*/s/ Kyle A. Ashe, Esquire*
Kyle A. Ashe, Bar No. 21551
Police Legal Affairs Practice Group
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
PH: (410) 396-2496
Kyle.Ashe@Baltimorepolice.org

*Counsel for Defendant Baltimore Police Department*


*/s/ Christopher C. Jeffries, Esq.*
Christopher C. Jeffries, Bar No. 28587
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202-3201
(410) 752-6030
(410) 539-1269 (fax)
cjeffries@kg-law.com

*Counsel for Defendants Detective Derek Collins and Sergeant Anthony Faulk*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2022, I have served upon the following opposing parties in this matter with a copy of the foregoing, using electronic mail and using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record, and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided:

      Kyle A. Ashe, Esquire
      Kara K. Lynch, Esquire
      Police Legal Affairs Practice Group
      Baltimore City Department of Law
      100 N. Holliday Street
      Baltimore, Maryland 21202
      (410) 396-2496 (phone)
      (410) 396-2126 (fax)
      Kyle.Ashe@Baltimorepolice.org
      Kara.Lynch@Baltimorepolice.org

*Counsel for Defendant, Baltimore Police Department*


      Christopher C. Jeffries, Esq.
      Kramon & Graham, P.A.
      One South Street, Suite 2600
      Baltimore, Maryland 21202-3201
      (410) 752-6030
      (410) 539-1269 (fax)
      cjeffries@kg-law.com

*Counsel for Defendants, Detective Derek Collins and Sergeant Anthony Faulk*

                                          */s/ Tomeka G. Church, Esq.*
                                          Tomeka G. Church (Bar No. 25311)